18 A.3d 1092

**Linda TROXELL, as Guardian of the Person and Estate of Ronald Troxell, an Incapacitated Person and in Her Own Right, Petitioner**

v.

**Mohammed TURKI, M.D., Bethlehem Pulmonary Associates, Inc., and St. Luke's Hospital & Health Network, Respondents.**

Supreme Court of Pennsylvania.

April 18, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of April, 2011, the Petition for Allowance of Appeal is DENIED. It is further **ORDERED** that Petitioner's Application for Leave to Substitute Page 3 of her Petition for Allowance of Appeal, filed under Pa.R.A.P. 123, is DENIED.